# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    ANTHONY PUTNEY  
    MITZI PUTNEY  
        Debtor(s)

Case No. 11-32716

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)    The case was filed on 08/10/2011.

2)    The plan was confirmed on 11/18/2011.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/13/2012.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on 02/10/2012.

5)    The case was dismissed on 04/06/2012.

6)    Number of months from filing to last payment: 3.

7)    Number of months case was pending: 10.

8)    Total value of assets abandoned by court order: NA.

9)    Total value of assets exempted: $3,900.00.

10)    Amount of unsecured claims discharged without payment: $0.00.

11)    All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,300.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,300.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $336.05 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $58.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $394.55

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA COOK COUNTY BAIL BONDS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 347.00 | 347.31 | 347.31 | 0.00 | 0.00 |
| AFNI INC | Unsecured | 157.00 | 157.07 | 157.07 | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 360.00 | 3,293.33 | 3,293.33 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 395.00 | 419.66 | 419.66 | 0.00 | 0.00 |
| AT&T INC | Unsecured | 395.00 | 1,399.06 | 1,399.06 | 0.00 | 0.00 |
| BARONS CREDITORS SERVICE CORP | Unsecured | 1,559.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 630.00 | 635.65 | 635.65 | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,269.00 | 263.00 | 263.00 | 0.00 | 0.00 |
| COMCAST | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 621.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 1,350.00 | 2,229.18 | 2,229.18 | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 807.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS INC | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| GIRL SCOUTS OF GREATER CHICAGO | Unsecured | 1,313.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | NA | 773.78 | 773.78 | 0.00 | 0.00 |
| GREATER SUBURBAN ACCEPTANCE | Unsecured | 4,076.00 | NA | NA | 0.00 | 0.00 |
| GREATER SUBURBAN ACCEPTANCE | Unsecured | 2,486.00 | 2,487.04 | 2,487.04 | 0.00 | 0.00 |
| GREATER SUBURBAN ACCEPTANCE | Unsecured | 4,076.00 | NA | NA | 0.00 | 0.00 |
| GREATER SUBURBAN ACCEPTANCE | Unsecured | 563.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| IC SYSTEM | Unsecured | 583.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 11,957.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 0.00 | 1,330.35 | 1,330.35 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 230.70 | 230.70 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 3,113.00 | 5,124.70 | 5,124.70 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,000.00 | 11,497.61 | 11,497.61 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 12,212.74 | 12,212.74 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,304.43 | 1,304.43 | 0.00 | 0.00 |
| JAY K LEVY & ASSOC | Unsecured | 1,848.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| LTD FINANCIAL | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,856.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CASSEL LP | Secured | 7,406.00 | 7,340.84 | 7,340.84 | 361.62 | 91.11 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| NDC CHECK SERVICES | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| NDC CHECK SERVICES | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,402.00 | 1,471.14 | 1,471.14 | 0.00 | 0.00 |
| NORTHSTAR CAPITAL ACQUISTION L | Unsecured | 568.00 | 568.93 | 568.93 | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES CREDIT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES CREDIT | Unsecured | NA | 0.48 | 0.48 | 0.00 | 0.00 |
| PEOPLES CREDIT | Secured | 6,555.00 | 6,555.00 | 6,555.00 | 371.48 | 81.24 |
| PREMIER BANKCARD/CHARTER | Unsecured | 403.00 | 402.52 | 402.52 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 1,375.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 857.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT INC | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 1,164.75 | 1,164.75 | 0.00 | 0.00 |
| STERLING & KING | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLOGIST | Unsecured | 1,282.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| THE CENTER FOR SPORTS | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT SERVICES | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,011.00 | 615.96 | 615.96 | 0.00 | 0.00 |
| VILLAGE OF LOMBARD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LOMBARD | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT | Unsecured | 102.00 | 361.78 | 361.78 | 0.00 | 0.00 |
| ZENITH ACQUISITION CORP | Unsecured | 1,525.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,895.84 | $733.10 | $172.35 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,895.84** | **$733.10** | **$172.35** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $25,040.70 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$25,040.70** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$23,760.47** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $394.55 |
| Disbursements to Creditors | $905.45 |
| **TOTAL DISBURSEMENTS:** | **$1,300.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/19/2012                     By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**